JULIUS E. GREENGARD, Appellant, v. THE ODORONO COMPANY, Respondent. LEONA GREENGARD, Appellant, v. THE ODORONO COMPANY, Respondent.— Judgments reversed on the law and the facts and a new trial granted, costs to abide the event, upon the ground that plaintiffs made out a *prima facie* case for submission to the jury. The evidence of the chemist, Dr. Pozen, concerning the result of the application of certain chemicals in a solution to the human skin was admissible and was improperly excluded. (*Scott* v. *State*, 141 Ala. 1; *Citizens' Gas Light Co.* v. *O'Brien*, 118 Ill. 174; Wigm. Ev. [2d ed.] §§ 555, 556, 560.) Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Application of MALCOM C. BUTLER, Appellant, v. HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order confirming the determination of the board of standards and appeals reversed on the law and the facts, with costs, certiorari order sustained, determination annulled, and it is directed that a permit be issued for the erection of a gasoline station upon the property in question upon condition that, when the circumstances so change by the development of the city that appellant's property is reasonably susceptible of being applied to a conforming use, then, upon application of the authorities or any one interested, the gasoline station must be removed. In our opinion, the appellant's property cannot now profitably be devoted to a conforming use, and the respondents improperly exercised their discretion under section 21 and section 7, subdivision (g), of the Building Zone Resolution. (*People ex rel. St. Albans-S. Corp.* v. *Connell*, 257 N. Y. 73.) Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Kapper, J., dissents on the ground that the disposition made by the board of standards and appeals was of a matter within their discretion and there is no basis for interference.

In the Matter of the Judicial Settlement of the Accounting Proceedings of CHAUNCEY J. CHRISTENSEN, as Administrator C. T. A., etc., of EMMA G. CHRISTENSEN, Deceased, Respondent; ANNA M. CHRISTENSEN, as Executrix, etc., of HAROLD B. CHRISTENSEN, JR., Deceased, Appellant.— Decree of the Surrogate's Court of Queens county unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.